UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS CARR,

    Plaintiff,

    v.

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

Case No. 20-cv-00744-WHO

**NOTICE TO PARTIES RE FAILURE TO PROSECUTE**

Re: Dkt. No. 10

On April 6, 2020, defendants filed a partial motion to dismiss and motion for more definite statement. *See* Defendants' Partial Motion to Dismiss and Motion for More Definite Statement [Dkt. No. 10]. On April 15, 2020, I granted parties' stipulated request to extend initial case management requirements to 30 days following my resolution of defendants' pending motion. *See* Modified Order Granting Extension of Dates [Dkt. No. 12]. Their stipulated request did not seek extension of briefing deadlines; pro se plaintiff's opposition to defendant's motion was due on April 20, 2020 and defendants' reply was due April 27, 2020. As of today's date, no opposition has been filed. Plaintiff shall file her opposition no later than May 5, 2020, or otherwise show good cause why her case should not be dismissed.

**IT IS SO ORDERED.**

Dated: April 28, 2020

William H. Orrick
United States District Judge