UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS CARR,

        Plaintiff,

    v.

INTERNAL REVENUE SERVICE, et al.,

        Defendants.

Case No. 20-cv-00744-WHO

**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 19

On May 22, 2020, the United States on behalf of the Internal Revenue Service, Charles P. Retting, and Min Jie Ma (collectively "defendants") moved to dismiss all of pro se plaintiff Phyllis Carr's claims, except for her 2012 federal refund claim. Dkt. No. 19. Defendants did not request a hearing on their motion. An opposition was due on June 5, 2020. Carr has not opposed the motion or otherwise communicated with the court regarding this case.

Carr is HEREBY ORDERED TO SHOW CAUSE why all of her claims in the First Amended Complaint, except for her 2012 federal refund claim, should not be dismissed for failure to prosecute. She shall respond to this Order by filing an opposition to the motion to dismiss no later than July 1, 2020. If she opposes, defendants may file a reply on or before July 8, 2020.

**IT IS SO ORDERED.**

Dated: June 18, 2020

William H. Orrick
United States District Judge